# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY BRUCE TAYLOR**                                                            **PLAINTIFF**

**VS.**                          **CASE NO. 4:15CV00723 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                            **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 31st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE